IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| **SONRAI MEMORY LIMITED,**<br>　　　　　　　　**Plaintiff,**<br><br>　　　　　*v.*<br><br>**GOOGLE LLC,**<br>　　　　　　　　**Defendant.** | 6:21-cv-1024-ADA |

**ORDER GRANTING-IN-PART AND DENYING-AS-MOOT-IN-PART
DEFENDANT'S MOTION TO DISMISS PLAINTIFF'S
INDUCED INFRINGEMENT AND INJUNCTIVE RELIEF CLAIMS PURSUANT TO
FEDERAL RULE OF CIVIL PROCEDURE 12(b)(6) [ECF No. 21]**

Came on for consideration this date is Defendant's Motion to Dismiss Plaintiff's Induced Infringement Injunctive Relief Claims Pursuant to Federal Rule of Civil Procedure 12(b)(6). ECF No. 21 (the "Motion"). Sonrai filed a notice of non-opposition to the Motion on December 29, 2021, in which it also represented that it withdraws its request for a permanent injunction. ECF No. 25 (the "Notice"). After careful consideration of the Motion, the Parties' papers, and the applicable law, the Court **GRANTS-IN-PART AND DENIES-AS-MOOT-IN-PART** Defendant's Motion. The Court **GRANTS** that portion of Defendant's Motion seeking dismissal of Plaintiff's induced infringement claims **WITHOUT PREJUDICE**. The Court **DENIES-AS-MOOT** that portion of Defendant's Motion seeking dismissal of Plaintiff's injunctive relief claims in view of Plaintiff's Notice. The Court further **ORDERS** that Plaintiff be allowed to take discovery related to these claims when discovery opens. The Court also **GRANTS** Plaintiff leave to amend its pleadings to reassert these claims after the start of discovery if it can substantiate those allegations. Plaintiff shall have three months from the opening of discovery to amend its pleadings on a good faith basis under Rule 11.

SIGNED this 5th day of January, 2022.

_____
ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE