**UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**WACO DIVISION**

| | |
|---|---|
| SONRAI MEMORY LIMITED,<br><br>Plaintiff,<br><br>vs.<br><br>GOOGLE LLC,<br><br>Defendant. | Case No. 6:21-cv-01024-ADA<br><br>**JURY TRIAL DEMANDED** |

**DECLARATION OF ZACHARY M. BRIERS IN SUPPORT OF DEFENDANT GOOGLE LLC'S MOTION TO TRANSFER VENUE PURSUANT TO 28 U.S.C. § 1404(A)**

I, Zachary Briers, declare as follows:

1. I am an attorney at the law firm Munger, Tolles & Olson LLP, counsel for Defendant Google LLC in the above-entitled action. I provide this declaration in support of Google's Motion to Transfer. I have personal knowledge of the facts stated herein and if called to testify could and would competently testify thereto.

2. Attached as Exhibit 1 is a true and correct copy of the public LinkedIn profile for Wolfram Kluge created by my office on December 20, 2021.

3. Attached as Exhibit 2 is a true and correct copy of the public LinkedIn profile for Jeannette Zarbock created by my office on December 20, 2021.

4. Attached as Exhibit 3 is a true and correct copy of the public LinkedIn profile for Tilo Ferchland created by my office on December 20, 2021.

5. Attached as Exhibit 4 is a true and correct copy of a news article from The Wall Street Journal, published March 5, 1993, titled "Fast Track: Atmel Harnesses Cash, Skill to Battle Big Chip Makers --- Tiny Start-Up Caters to the Portable Market and Avoids Red Ink."

6. Attached as Exhibit 5 is a true and correct copy of a CIQ Company Report for Atmel Corporation from S&P Capital IQ research platform created by my office on December 20, 2021.

7. Attached as Exhibit 6 is a true and correct copy of the public LinkedIn profile for George Perlegos created by my office on December 21, 2021.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: January 7, 2022

*/s/ Zachary Briers*
Zachary Briers