**UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**WACO DIVISION**

| | |
|---|---|
| SONRAI MEMORY LIMITED,<br><br>Plaintiff,<br><br>v.<br><br>ORACLE CORP.,<br><br>Defendant. | Case No. 6:21-cv-1023-ADA<br><br>**JURY TRIAL DEMANDED** |
| SONRAI MEMORY LIMITED,<br><br>Plaintiff,<br><br>vs.<br><br>GOOGLE LLC,<br><br>Defendant. | Case No. 6:21-cv-1024<br><br>**JURY TRIAL DEMANDED** |

**DECLARATION OF THOMAS HERRGOTT REGARDING MOTIONS TO TRANSFER TO THE NORTHERN DISTRICT OF CALIFORNIA**

I, Thomas Herrgott, declare as follows:

1. I am a Controller in the Corporate Finance group at Intel Corporation ("Intel"). I am responsible for financial forecasting and reporting of Intel's IT, Legal, HR, Finance, and Executive Office budgets. In this role, I am involved in responding to questions regarding employee locations and roles. In total, I have worked at Intel for 23 years.

2. The facts set forth in this declaration are based on my own knowledge and on research conducted under my supervision and direction. If sworn as a witness to testify in this matter, I would testify to the facts as set forth herein.

3. Founded in 1968, Intel is a technology company that specializes in the design and development of semiconductor and microprocessor products. Intel's worldwide headquarters and principal place of business is in Santa Clara, California, consisting of five campuses and employing approximately 7,000 people. In addition, Intel maintains facilities in Folsom, California, where it employs approximately 6,000 people. Intel's headquarters in Santa Clara, California, and its facilities in Folsom, California, are both located in the Northern District of California.

4. I understand that Sonrai Memory Limited ("Sonrai") filed actions alleging that Oracle and Google infringe U.S. Patent No. 8,193,792. I also understand that Sonrai alleges that Oracle and Google infringe the asserted patent via use of Intel processors with Fully Integrated Voltage Regulators in certain servers (the "Accused Functionality").

5. While Intel has a facility in Austin, Texas, no research or development work for the Accused Functionality occurs at that facility. I am not aware of any personnel at Intel's Austin facility who have knowledge regarding the Accused Functionality.

6. The Accused Functionality has been and is continuing to be researched, designed, and developed by engineers at Intel facilities in the Northern District of California and the District of Oregon. Intel's engineers in the Northern District of California and the District of Oregon are the individuals most knowledgeable with regard to the Accused Functionality. In the paragraphs that follow, I have identified specific individuals with relevant knowledge.

7. Shunjiang Xu is a Senior Staff Analog Design Engineer at Intel. He works on power delivery and FIVR for Intel server processors, including the Accused Functionality. Mr. Xu works from Intel's offices in Santa Clara, California.

8. Sanjeev Jahagirdar is a senior principal engineer at Intel. Mr. Jahagirdar worked on features of the Intel microprocessors known as Penryn that I understand have been raised as prior art. Mr. Jahagirdar is also an inventor of prior art U.S. Patent No. 7,953,993. Mr. Jahagirdar works from Intel's offices in Folsom, California.

9. Xia Dai was a senior design engineer at Intel in 2001 and the named inventor of U.S. Patent No. 6,792,551, which I understand has been raised as prior art. Mr. Dai is located in the Northern District of California.

10. Greg Ernst is a General Manager and Vice President of United States Sales and Marketing at Intel. Mr. Ernst has responsibility for Intel's sales and marketing strategies with respect to the Intel processors with the Accused Functionality. Mr. Ernst works from Intel's offices in Santa Clara, California.

11. Courtney Harrison is the Global Account Director responsible for managing the Intel team that supports Google/Alphabet, including providing technical support to Google with respect to its use of Intel processors with the Accused Functionality. Ms. Harrison works directly

with Google design engineering and system engineers in incorporating Intel devices into Google products. Ms. Harrison works from Intel's offices in Santa Clara, California.

12. Chuck Brown is the Regional Applications Engineering Manager responsible for managing the Intel team that supports Oracle, including providing technical support to Oracle with respect to its use of Intel processors with the Accused Functionality. Mr. Brown works directly with Oracle design engineering and system engineers in incorporating Intel devices into Oracle products. Mr. Brown works from Intel's offices in Folsom, California.

13. Shaun Conrad is a principal engineer at Intel. Mr. Conrad has knowledge regarding power management for Intel products. Mr. Conrad works from Intel's offices in Folsom, California.

14. Keith Gray is Associate General Counsel, Director of Patent Transactions Group at Intel. Mr. Gray has knowledge regarding Intel's license agreements and licensing practices. I understand that Mr. Gray works from Intel's offices in Santa Clara, California.

15. Ted Burton is a senior principal engineer at Intel. Mr. Burton is knowledgeable about the Accused Functionality. Mr. Burton works from Intel's offices in Hillsboro, Oregon.

16. Steve Gunther is a senior principal engineer at Intel. Mr. Gunther is knowledgeable about power management with respect to Intel processors with the Accused Functionality. Mr. Gunther works from Intel's offices in Hillsboro, Oregon.

17. Documents regarding research and development of the Accused Functionality are primarily created and maintained by the Intel engineers who work on the Accused Functionality in the Northern District of California and the District of Oregon. To my knowledge, none of the relevant documents are located in the Western District of Texas.

18. For the convenience of its employees, Intel has a flight shuttle that runs daily between its Hillsboro, Oregon facilities and its Santa Clara, California facilities. The flight time between these two facilities is roughly one hour and forty-five minutes. Time spent traveling to and from the airport and waiting within the airport in connection with Intel's flight shuttle is significantly reduced relative to commercial air travel.

I declare under penalty of perjury that to the best of my knowledge the foregoing is true and correct. Executed on January 7th, 2022, in Santa Clara, California.

DocuSigned by:
Thomas Herrgott
3BB69D26117D4BE...
Thomas Herrgott